# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT WILLIAM HELMS,

    Plaintiff,

v.                                              Case No: 8:14-cv-1114-T-30TGW

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss Case Without Prejudice (Dkt. #12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Unopposed Motion to Dismiss Case Without Prejudice (Dkt. #12) is GRANTED.

2.     This cause is dismissed without prejudice.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of March, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record